UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

_____

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CRIMINAL NO. 05-10022/01 |
| -vs- | JUDGE DRELL |
| JAMES BERNIS MIDKIFF | MAGISTRATE JUDGE KIRK |

## RULING

This matter came on for hearing on June 29, 2007, on the Government's motion to establish previous conviction (Doc. No. 176). For oral reasons given, the motion was GRANTED. The conviction by the State of Oklahoma in case number 81-486 for the Fourteenth Judicial District Court, County of Tulsa, is hereby established in accordance with 21 U.S.C. § 851.

SIGNED on this 2nd day of July, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge