

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 05-10022 |
| | * | |
| VERSUS | * | JUDGE DRELL |
| | * | |
| JAMES BERNIS MIDKIFF (01) | * | MAGISTRATE JUDGE KIRK |
| MICHAEL JOHN KELLER (02) | * | |
| ARCHIE ROY JACKSON (03) | * | |
| JESSE WAYNE WILLIAMS (04) | * | |

## FINAL JUDGMENT OF FORFEITURE

WHEREAS, on May 15, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), based upon the convictions after jury trial of defendants JAMES BERNIS MIDKIFF, ARCHIE ROY JACKSON, and JESSE WAYNE WILLIAMS and the guilty plea entered by defendant MICHAEL JOHN KELLER;

AND WHEREAS, on May 23 and 30 and June 6 of 2007, the United States published in the Town Talk, an Alexandria, Louisiana, newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties described in this Court's May 15, 2007 Preliminary Order of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

A. That all right, title and interest to the following assets are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

1. $1,200.00 United States Currency seized February 27, 2005
2. a Dan Wesson .357 caliber revolver (Serial Number: 91292);
3. a nylon fanny pack containing twenty (20) rounds of 12 gauge "buck shot" shotgun shells and twenty-two (22) rounds of .30-30 caliber ammunition seized on October 26, 2004;
4. a RG Model RG26 .25 caliber pistol (SN: U095890);
5. a H&R .22 caliber revolver (SN: R4556);
6. a box of .25 caliber Winchester ammunition seized April 29, 2005;
7. a Raven Arms Model MP-25 .25 caliber pistol bearing Serial Number: 1698822;
8. a Ruger Model 6 .22 caliber pistol bearing Serial Number: 147795;
9. a Lorcin Model L25 .25 caliber pistol bearing Serial Number: 140493; and
10. a Hi-Point Model JH .45 caliber pistol bearing Serial Number: 300991;

The Clerk is hereby directed to send copies of this Order to all counsel of record and the Bureau of Alcohol, Tobacco and Firearms, 650 Mass Avenue NW, Techworld Suite 680, Washington, DC 20226.

SO ORDERED this 1st day of August 2007 at Alexandria, Louisiana.

DEE D. DRELL
United States District Judge