RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION | 1:05-CR-10022 |
| VERSUS | JUDGE DEE D. DRELL | |
| JAMES BERNIS MIDKIFF | MAGISTRATE JUDGE JAMES D. KIRK | |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Midkiff's Section 2255 motion (Doc. 266) is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE