RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY ___

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION<br>1:05-CR-10022 |
| VERSUS | |
| JAMES BERNIS MIDKIFF | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. §2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the following reasons:

The applicant has made a substantial showing that the following constitutes a denial of a constitutional right.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 26th day of July, 2011.

UNITED STATES DISTRICT JUDGE